UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

THOMAS POPE
    Plaintiff,

v.

KULDEEP BILLAN, et al.
    Defendant.

Case No.: 3:21-cv-00273-SB

## Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

    Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

DATED: July 3, 2021

Signature: /s/ Michael Fuller

Name and OSB ID: Michael Fuller, OSB No. 093570

E-mail Address: michael@underdoglawyer.com

Firm Name: OlsenDaines

Mailing Address: 111 SW 5th Ave., Suite 3150

City, State, Zip: Portland, Oregon 97204

Parties Represented: Thomas Pope

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**THOMAS POPE**
    Plaintiff,

Case No.: 3:21−cv−00273−SB

**v.**

**KULDEEP BILLAN, et al.**
    Defendant.

## Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** July 1, 2021

| | |
|---:|:---|
| **Signature:** | *s/Chad A. Naso* |
| **Name and OSB ID:** | Chad A. Naso, OSB #150310 |
| **E−mail Address:** | ChadNaso@MarkowitzHerbold.com |
| **Firm Name:** | Markowitz Herbold PC |
| **Mailing Address:** | 1455 SW Broadway, Suite 1900 |
| **City, State, Zip:** | Portland, OR  97201 |
| **Parties Represented:** | Defendant Wilsonville T LLC |