IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THOMAS POPE, | Case No. 3:21-cv-00273-SB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| WILSONVILLE T LLC, dba Wilsonville Toyota, | |
| Defendant. | |

**BECKERMAN, U.S. Magistrate Judge.**

In an Opinion and Order dated July 6, 2021, the Court dismissed Thomas Pope's ("Pope") First Amended Complaint and advised Pope that he could "file a second amended complaint by August 6, 2021, if he is able to cure the deficiencies identified herein by alleging additional facts in good faith." (ECF No. 18 at 13.) The Court also advised Pope that "[f]ailure to file a timely second amended complaint will result in dismissal of this action, including dismissal of the intentional tort claims with prejudice and dismissal of the negligence claim without prejudice." (ECF No. 18 at 13.)

To date, Pope has not filed a second amended complaint. Accordingly, the Court dismisses Pope's intentional tort claims with prejudice and dismisses Pope's negligence claim without prejudice.

**IT IS SO ORDERED.**

DATED this 12th day of August, 2021.

*Stacie F. Beckerman*

---
HON. STACIE F. BECKERMAN
United States Magistrate Judge