IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THOMAS POPE, | Case No. 3:21-cv-00273-SB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WILSONVILLE T LLC, dba Wilsonville Toyota, | |
| Defendant. | |

Based on the Court's ORDER OF DISMISSAL,

IT IS ADJUDGED that Plaintiff Thomas Pope's intentional tort claims are DISMISSED WITH PREJUDICE and Pope's negligence claim is DISMISSED WITHOUT PREJUDICE.

DATED this 12th day of August, 2021.

HON. STACIE F. BECKERMAN
United States Magistrate Judge